UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Hall

    v.                                            Civil No. 08-cv-492-JL

Kevin Clark

**O R D E R**

     The prison (Sing Sing) has failed and refused to comply with this court's orders and plaintiff's authorizations to pay initial filing fees. Plaintiff has therefore been denied any opportunity to have his complaints considered. He is hereby granted *pro se* status and his files will be preliminarily reviewed.

     **SO ORDERED.**

                                           /s/ James R. Muirhead
                                           James R. Muirhead
                                           United States Magistrate Judge

Date: April 15, 2009

cc:   Kevin Hall, *pro se*