**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Kevin Hall</u>

    v.                                       Civil No. 08-cv-492-JL

<u>William Albrecht</u>

**O R D E R**

Kevin Hall is hereby granted <u>in</u> <u>forma</u> <u>pauperis</u> status.

**SO ORDERED.**

                                              */s/ James R. Muirhead*
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: April 21, 2009

cc:   Kevin Hall, *pro se*